UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Doreen Egerton

                    Plaintiff(s),

    - against -

National Credit Adjusters, LLC

                    Defendant(s),
------------------------------------------------------------X

7:16 Civ. 00277 (VB)

**CLERK'S CERTIFICATE OF DEFAULT**

I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on January 13, 2016 with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant(s) National Credit Adjusters, LLC ("Defendant") by personally serving Lynanne Gares, Litigation Management Leader for Defendant, and proof of service was therefore filed on March 4, 2016, Doc. #(s) 5.

I further certify that the docket entries indicate that the defendant(s) has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant(s) is/are hereby noted.

Dated: ~~New York~~ White Plains, New York

May 3, 2016

                                                 RUBY J. KRAJICK
                                                 Clerk of Court

                                        By: _____
                                                Deputy Clerk