

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Doreen Egerton,

                Plaintiff,

v.

National Credit Adjusters, LLC; and DOES 1-10, inclusive,

                Defendants.

Civil Action No.: 7:16-cv-00277

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:_____
DATE FILED: 9/21/16
```

## REVISED ~~PROPOSED~~ ORDER

Upon consideration of Plaintiff's motion and the submissions in support it is

ORDERED that judgment shall be entered against Defendant National Credit Adjusters, LLC for violating the Fair Debt Collection Practices Act;

ORDERED that Defendant National Credit Adjusters, LLC pay Plaintiff damages in the amount of $1,250.00 pursuant to 15 U.S.C. §§ 1692k(a)(1) and (a)(2);

ORDERED that Defendant National Credit Adjusters, LLC pay Plaintiff's reasonable attorney's fees and costs in the amount of $4,165.00 pursuant to 15 U.S.C. § 1692k(a)(3); and

ORDERED that Defendant National Credit Adjusters, LLC cease all communication with Plaintiff and its attempts to collect Plaintiff's account.

This Order supersedes the Court's September 19, 2016, Order. (Doc. #18).

IT IS SO ORDERED.

DATED: September 20, 2016

_____
HON. VINCENT L. BRICCETTI

The Clerk is instructed to close this case.