USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/22/2016

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Doreen Egerton,

       Plaintiff,          16 **CIVIL** 0277 (VLB)

  -against-               **JUDGMENT**

National Credit Adjusters, LLC; and Does 1-10,
inclusive,

       Defendants.
------------------------------------------------------------X

  Whereas the above-captioned action having come before this Court, and the matter having come before the Honorable Vincent L Briccetti, United States District Judge, and the Court, on September 20, 2016, having rendered its Revised Order entering judgment against Defendant National Credit Adjusters, LLC for violating the Fair Credit Collection Practices Act, that Defendant National Credit Adjusters, LLC pay Plaintiff damages in the amount of $ 1,250.00 pursuant to 15 U.S.C. §§ 1692(a)(1) and (a)(2), that Defendant National Credit Adjusters, LLC pay Plaintiff's reasonable attorney's fees and costs in the amount of $4,165.00 pursuant to 15 U.S.C. 1692k(a)(3), and that Defendant National Credit Adjusters, LLC cease all communication with Plaintiff and its attempts to collect Plaintiff's account, it is,

  **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Revised Order dated September 20, 2016, judgment is entered against Defendant National Credit Adjusters, LLC for violating the Fair Credit Collection Practices Act; Defendant National Credit Adjusters, LLC shall pay Plaintiff damages in the amount of $ 1,250.00 and reasonable attorney's fees and costs in the amount of $4,165.00, for a total sum of $5,415.00; Defendant National Credit Adjusters, LLC shall cease all communication with Plaintiff and its attempt to collect Plaintiff's account.

**Dated:** New York, New York
   September 22, 2016            **RUBY J. KRAJICK**
                        Clerk of Court

**THIS DOCUMENT WAS ENTERED**  BY:
**ON THE DOCKET ON** _____
                        Deputy Clerk